

CLERK, U.S. DISTRICT COURT

AUG 18 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RS_____ DEPUTY

1  NICOLA T. HANNA
   United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, National Security Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:  (213) 894-0721
        Facsimile:  (213) 894-0141
7       E-mail:     John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    EASTERN DIVISION

13  UNITED STATES OF AMERICA,        No. 2:20-CV-07309-RSWL (JC)

14          Plaintiff,               STIPULATION TO (1) SCHEDULE THE
                                     EXTRADITION HEARING AND
15               v.                  BRIEFING, (2) ALLOW THE FILING OF
                                     OVER LENGTH BRIEFS, (3) ALLOW
16  TAHAWWUR HUSSAIN RANA,           THE UNITED STATES TO FILE A
                                     REDACTED VERSION OF THE
17          A Fugitive from the      EXTRADITION REQUEST
            Government of the        ELECTRONICALLY; AND (4) TAKE THE
18          Republic of India.       STATUS CONFERENCE OFF CALENDAR;
                                     [Proposed] ORDER
19

20

21       Plaintiff, United States of America, by and through its counsel

22  of record, the United States Attorney and Assistant United States

23  Attorney John J. Lulejian, and relator TAHAWWUR HUSSAIN RANA, by and

24  through his counsel of record, John D. Cline, Esq. and Patrick W.

25  Blegen, Esq., respectfully request this Court to schedule the

26  extradition hearing for January 8, 2021, at 11:00 a.m.  The parties

27  further request this Court to set the briefing schedule as follows:

28

1.   The United States must file its Memorandum in Support of the Request for Extradition on or before <u>September 28, 2020</u>;

2.   Relator must file his Opposition to the Request for Extradition on or before <u>November 20, 2020</u>; and

3.   The United States must file its Reply Memorandum in Support of the Extradition Request on or before <u>December 23, 2020</u>.

4.   The parties also respectfully request that the Court allow them to file over length memoranda, not to exceed 50 pages excluding indices and exhibits, in support of or in opposition to the Extradition Request.

5.   The parties further respectfully request that the Court grant the United States leave to file a redacted version of the Extradition Request to CM/ECF without first having to comply with the requirements of Local Rule 79-5.2.2.

6.   The parties also respectfully request that the Court take the Status Conference scheduled for August 21, 2020, at 1:00 p.m. off calendar.

7.   The parties have met and conferred and believe that the proposed dates will allow for the prompt resolution of this extradition matter.  Further, they recognize that given the size of the Extradition Request and the number of charges alleged by India in that request, a thorough briefing of the issues before the Court will require them to file briefs in excess of 25 pages, as required by the Local Rules.  Finally, the parties have discussed redactions to the Extradition Request and agree that personal identifying information must be redacted.  The parties further agree that allowing the United States to file the Redacted Extradition Request directly to CM/ECF, without first having to comply with the procedures set forth

1  in Local Rule 79-5.2.2, will make the lengthy document available to

2  the public quickly and avoid taxing the limited resources of the

3  Court due to current events.

4       IT IS SO STIPULATED.

5

6  August 18, 2020          */s/ John J. Lulejian*
   Date                     JOHN J. LULEJIAN
7                           Assistant United States Attorney
                            Attorney for Plaintiff
8                           UNITED STATES OF AMERICA

9

10                          */s/ John D. Cline (authorized by e-mail)*
    August 18, 2020         */s/ Patrick W. Blegen (authorized by e-mail)*
11  Date                    JOHN D. CLINE
                            PATRICK W. BLEGEN
12                          Attorneys for Relator
                            TAHAWWUR HUSSAIN RANA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, JOHN J. LULEJIAN, declare:

That I am a citizen of the United States and am employed as an Assistant United States Attorney in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am a member of the State Bar of California and a member of the Bar of the United States District Court for the Central District of California; that I am over the age of eighteen years; and that I am not a party to the above-titled action;

That I served copies of the following documents:

**STIPULATION TO (1) SCHEDULE EXTRADITION HEARING AND BRIEFING, (2) ALLOW THE FILING OF OVER LENGTH BRIEFS, (3) ALLOW THE UNITED STATES TO FILE A REDACTED VERSION OF THE EXTRADITION REQUEST ELECTRONICALLY; AND (4) TAKE STATUS CONFERENCE OFF CALENDAR**

**[Proposed] Order**

Service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

☒ By USAfx, addressed as follows:

1    John D. Cline, Esq. (cline@johndclinelaw.com)

2    Patrick W. Blegen, Esq. (pblegen@blegengarvey.com)

3

4    This Certificate is executed on August 18, 2020, at Los

5    Angeles, California.

6    I certify under penalty of perjury that the foregoing is true

7    and correct.

8                                    */s/ John J. Lulejian*
                                     JOHN J. LULEJIAN
9                                    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28