John D. Cline (State Bar No. 237759)
cline@johndclinelaw.com
LAW OFFICE OF JOHN D. CLINE
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260
Facsimile: (415) 662-2263

Patrick W. Blegen (pro hac vice)
pblegen@blegengarvey.com
BLEGEN & GARVEY
53 West Jackson Blvd., Suite 1424
Chicago, IL 60604
Telephone: (312) 957-0100
Facsimile: (312) 957-0111

Attorneys for Defendant
TAHAWWUR RANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAHAWWUR RANA,<br><br>Defendant. | Case No. 2:20-CV-07309-DSF (JC)<br><br>**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION OF TAHAWWUR RANA FOR RELEASE** |

On August 11, 2020, defendant Rana filed a motion for release from custody on certain conditions. Doc. 50; *see* Docs. 53 (government opposition), 54 (reply). That motion remains pending. Rana submits this supplemental memorandum in light of the recent COVID-19 outbreak at the Metropolitan Detention Center, where he is imprisoned.

- 1 –

SUPP. MEMO RE DEFENDANT'S
MOTION FOR RELEASE

On November 16, 2020, MDC reported 99 inmates had tested positive. By 3 p.m. on November 24, that number had grown to 219 inmates and 12 staff members. *See* https://www.bop.gov/coronavirus/. As the Court may recall, Rana tested positive for COVID-19 in late April and again in June of this year. Doc. 44 at 19. For some period of time, he may have enjoyed immunity from a second infection. But with the passage of time, any such immunity weakens. A recent CDC presentation concluded, for example, that "[b]ased on the current evidence for SARS-CoV-2, reinfections are likely uncommon within 3 months." Updates to COVID-19 Immunity and Epidemiology to Inform Vaccine Policy at 29 (available at https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2020-10/COVID-Wallace.pdf). But "[b]ased on what we know from other related human coronaviruses, people appear to become susceptible to reinfection around 90 days after onset of infection." CDC, Duration of Isolation and Precautions for Adults with COVID-19 (available at https://www.cdc.gov/coronavirus/2019-ncov/hcp/duration-isolation.html#:~:text=Based%20on%20what%20we%20know,after%20onset%20of%20infection).

It has been at least six months since Rana was infected. Because he is well beyond the three-month window of likely immunity, he may be at significant risk of reinfection. That risk is particularly acute because of his high likelihood of exposure to infected persons at MDC, *see* CDC, People Who are Incarcerated at Correctional and Detention Facilities (available at https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/faq.html#People), and his serious health conditions, including chronic renal failure (Stage II), chronic heart disease, hypothyroidism, hyperlipidemia, GERD, enlarged prostate, and calcium deficiency, *see* Doc. 44 at 18. At least two of Rana's medical issues--chronic kidney disease and heart conditions--are known to create an increased risk of serious illness from the virus that causes COVID-19. *See* CDC, People with Certain Medical Conditions

SUPP. MEMO RE DEFENDANT'S
MOTION FOR RELEASE

(available at https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html).

## CONCLUSION

For the foregoing reasons, and for the reasons in Rana's initial motion (Doc. 50) and reply (Doc. 54), we ask the Court to order Rana released on appropriate conditions.

Dated: November 25, 2020          Respectfully submitted,

/s/
John D. Cline

/s/
Patrick W. Blegen

Attorneys for Defendant
TAHAWWUR RANA

- 3 –

**SUPP. MEMO RE DEFENDANT'S MOTION FOR RELEASE**