1  NICOLA T. HANNA
   United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, National Security Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:  (213) 894-0721
        Facsimile:  (213) 894-0141
7       E-mail:     John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10                    UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 2:20-CV-07309-DSF (JC)

13          Plaintiff,                 **MODIFIED ORDER**

14              v.

15  TAHAWWUR HUSSAIN RANA,

16          A Fugitive from the
            Government of the
17          Republic of India.

18

19       HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE

20  SHOWN, the Court hereby ORDERS the following:

21       1.   The Extradition Hearing in this case is continued to

22  April 22, 2021, at 1:30 p.m.;

23       2.   Relator TAHAWWUR HUSSAIN RANA SHALL FILE his Opposition to

24  the Request for Extradition by not later than **February 1, 2021**; and

25       3.   The United States SHALL FILE its Reply Memorandum in

26  Support of the Extradition Request by not later than **March 22, 2021**.

27

28

1    4.    Pursuant to Local Rule 11-6, the parties' memoranda in

2  support of or in opposition to the Extradition Request SHALL NOT

3  exceed 50 pages in length, excluding indices and exhibits.

4    5.    The parties ARE GRANTED leave to file redacted documents in

5  support of or in opposition to the Extradition Request electronically

6  to CM/ECF without first having to comply with the requirements of

7  Local Rule 79-5.2.2.

8    IT IS SO ORDERED.

9

10 December 17, 2020

/s/

11 _____        _____

   DATE                                    HONORABLE JACQUELINE CHOOLJIAN
                                           UNITED STATES MAGISTRATE JUDGE
12

13

14 Presented by:

15 */s/ John J. Lulejian*
   _____
   JOHN J. LULEJIAN
16 Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28