|   |   |
|---|---|
| 1 | John D. Cline (State Bar No. 237759) |
|   | cline@johndclinelaw.com |
| 2 | LAW OFFICE OF JOHN D. CLINE |
|   | 50 California Street, Suite 1500 |
| 3 | San Francisco, CA  94111 |
|   | Telephone:  (415) 662-2260 |
| 4 | Facsimile:   (415) 662-2263 |

Patrick W. Blegen (pro hac vice)
pblegen@blegengarvey.com
BLEGEN & GARVEY
53 West Jackson Blvd., Suite 1424
Chicago, IL  60604
Telephone:  (312) 957-0100
Facsimile:   (312) 957-0111

Attorneys for Defendant
TAHAWWUR RANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-CV-07309-DSF (JC) |
|---|---|
| Plaintiff, |  |
| v. | **NOTICE OF FILING OF CURRICULUM VITAE OF PAUL GARLICK QC** |
| TAHAWWUR RANA, |  |
| Defendant. |  |

Tahawwur Rana, through undersigned counsel, respectfully files with this notice the curriculum vitae of Paul Garlick QC.  The CV was inadvertently omitted from Exhibit B of Rana's opposition to extradition (Doc. 77-2).  The CV has been redacted to remove personal identifiers.  The government has been provided with an unredacted version.

- 2 –

| | |
|---|---|
| Dated: February 4, 2021 | Respectfully submitted, |
| | /s/<br>John D. Cline |
| | /s/<br>Patrick W. Blegen |
| | Attorneys for Defendant<br>TAHAWWUR RANA |

**DEFENDANT'S NOTICE OF FILING**

- 2 –