TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CV-07309-DSF (JC) |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE IN-PERSON EXTRADITION HEARING; [Proposed] ORDER |
| v. | |
| TAHAWWUR HUSSAIN RANA, | |
| A Fugitive from the Government of the Republic of India. | |

Pursuant to the Court's March 31, 2021, Order (Docket No. 83), plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney and Assistant United States Attorney John J. Lulejian, and relator TAHAWWUR HUSSAIN RANA, by and through his counsel of record, John D. Cline, Esq. and Patrick W. Blegen, Esq., having met and conferred, respectfully request this Court to continue the in-person extradition hearing from April 22, 2021, at 1:30 p.m. to June 24, 2021, at 1:30 p.m.

IT IS SO STIPULATED.

| | |
|---|---|
| April 2, 2021<br>Date | /s/ John J. Lulejian<br>JOHN J. LULEJIAN<br>Assistant United States Attorney<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |
| April 2, 2021<br>Date | /s/ John D. Cline (authorized by e-mail)<br>/s/. Patrick W. Blegen (authorized by e-mail)<br>JOHN D. CLINE<br>PATRICK W. BLEGEN<br>Attorneys for Relator<br>TAHAWWUR HUSSAIN RANA |