```
1  TRACY L. WILKISON
   Acting United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, National Security Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:  (213) 894-0721
        Facsimile:  (213) 894-0141
7       E-mail:     John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CV-07309-DSF (JC) |
|---|---|
| Plaintiff, | [Proposed] ORDER |
| v. | |
| TAHAWWUR HUSSAIN RANA, | |
| A Fugitive from the Government of the Republic of India. | |

HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS the that the in-person extradition hearing in this case is continued from April 22, 2021, at 1:30 p.m. to June 24, 2021, at 1:30 p.m.

IT IS SO ORDERED.

_____        _____
DATE                               HONORABLE JACQUELINE CHOOLJIAN
                                   UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney