John D. Cline (CA State Bar No. 237759)
cline@johndclinelaw.com
LAW OFFICE OF JOHN D. CLINE
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435

Patrick W. Blegen (pro hac vice)
pblegen@blegengarvey.com
BLEGEN & GARVEY
53 West Jackson Blvd., Suite 1424
Chicago, IL 60604
Telephone: (312) 957-0100
Facsimile: (312) 957-0111

Attorneys for Defendant
TAHAWWUR RANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAHAWWUR RANA,<br><br>　　　　　Defendant. | Case No. 2:20-CV-07309-DSF (JC)<br><br>**UNOPPOSED MOTION OF TAHAWWUR RANA FOR STATUS CONFERENCE** |

Tahawwur Rana, through undersigned counsel, moves the Court for a status conference. The last pleading in the case was filed on July 21, 2021. Doc. 102. Given the passage of time and Rana's continued incarceration, it appears appropriate for the Court and counsel to discuss the current status of the matter.

The government, through Assistant United States Attorney John Lulejian, states that it does not oppose the relief requested in this motion. After consulting with AUSA Lulejian, we respectfully suggest that a status conference be held as part of the Court's civil calendar at 9:30 a.m. on Tuesday, April 25.

Dated:  March 24, 2023           Respectfully submitted,


/s/
John D. Cline


/s/
Patrick W. Blegen


Attorneys for Defendant
TAHAWWUR RANA