```
BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CV-07309-DSF (JC) |
|---|---|
| Plaintiff, | STATUS REPORT |
| v. | [18 U.S.C. § 3184] |
| TAHAWWUR HUSSAIN RANA, | |
| A Fugitive from the Government of the Republic of India. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, hereby files the attached Status Report.

Dated: April 10, 2025					Respectfully submitted,

							BILAL A. ESSAYLI
							United States Attorney

							DAVID T. RYAN
							Assistant United States Attorney
							Chief, National Security Division


							*/s/ John J. Lulejian*
							JOHN J. LULEJIAN
							Assistant United States Attorney

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA

**STATUS REPORT**

On February 11, 2025, pursuant to 18 U.S.C. § 3186, the Secretary of State granted the Republic of India's request for extradition and issued a warrant for relator TAHAWWUR HUSSAIN RANA's surrender.  The United States informs the Court that on April 8, 2025, the United States surrendered relator TAHAWWUR HUSSAIN RANA to authorities of the Republic of India, pursuant to 18 U.S.C. § 3186 and Article 13(3) of the Extradition Treaty Between the Government of the United States of America and the Government of the Republic of India, U.S.-India, June 25, 1997, S. Treaty Doc. No. 105-30 (1997).